USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Celeste Urena,

                Plaintiff,                12 **CIVIL** 5078 (FM)

    -against-               **JUDGMENT**

Ross Metals Corp.
                Defendant.
-----------------------------------------------------------X

The issues in the above-entitled action having been brought on for trial before the Honorable Frank Maas, United States Magistrate Judge, and a jury on August 13, 2013, and at the conclusion of the trial on August 15, 2013, the jury having returned a verdict in favor of the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
            August 16, 2013

SO ORDERED

_____
     USMJ

                              RUBY J. KRAJICK
                              Clerk of Court
                BY: _____
                              Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**